**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**JEAN GERMAIN,**

Plaintiff,

v.

**HON. HAEKYOUNG SUH, *et al.*,**

Defendants.

Civil Action No. 25-19006 (ZNQ) (TJB)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a second Motion for Temporary Restraining Order ("TRO") filed by *pro se* Plaintiff Jean Germain ("Plaintiff") against Defendant Montgomery Woods Homeowners Association, Inc. (the "Association"). ("TRO Mot.," ECF No. 25.) Plaintiff also filed a Motion for Leave to File a Supplemental Complaint. (Supp. Comp. Mot.," ECF No. 26.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **10th** day of **November 2026**, **ORDERED** as follows:

1. Plaintiff's TRO Motion (ECF No. 25) is hereby **DENIED**; for avoidance of doubt, his request for a temporary restraining order and for a preliminary injunction are both denied;
2. Plaintiff's Motion for Leave to File a Supplemental Complaint (ECF No. 26) is **DENIED** without prejudice;
3. Plaintiff's request for a stay pending appeal is **DENIED**; and
4. Plaintiff shall immediately serve a copy of this Order and the accompanying Opinion on the Association via email.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**